UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CHERISE YUHASZ,**

    **Plaintiff,**

V.                                           Case No:  2:12-cv-427-FtM-29SPC

**COMMISIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____/

## ORDER

This matter comes before the Court on Response to Order Denying Motion to Proceed *In Forma Pauperis* (Doc. #4) filed on August 21, 2012. On August 9, 2012, this Court denied without prejudice Plaintiff's Affidavit of Indigency, which the Court construed as a Motion for Leave to Proceed *In Forma Pauperis*, on the grounds that the Affidavit appeared to have been filed by the Plaintiff, even though Plaintiff had retained Michael Alan Steinberg to represent her in this matter. See Local Rule 2.03(d). Plaintiff's Counsel has now filed the instant Response to that Order, informing the Court that even though the Affidavit of Indigency was completed by the Plaintiff, it was submitted to the Clerk's Office by the undersigned attorney. Plaintiff again moves in the Response to proceed *in forma pauperis*. The Court will construe Plaintiff's Response as a Motion for Leave to Proceed *In Forma Pauperis*.[1] Having reviewed the Plaintiff's Affidavit (Doc. #2), the Court finds the Plaintiff is a pauper, and is entitled to proceed on the Complaint (Doc. #1) without the payment of a filing fee.

Accordingly, it is now

---

[1] In the future, Plaintiff's Counsel should file a Motion for Leave to Proceed *In Forma Pauperis* with the Court, and include the supporting documentation.

**ORDERED:**

(1) Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. #4) is **GRANTED**.

(2) The Clerk of Court shall mail summonses and Marshall 285 forms to the Plaintiff. Plaintiff shall complete and mail the forms to the Clerk of Court within **fifteen [15] days** of the date of this Order.

(3) The Clerk shall then provide the completed forms to the United States Marshal. Upon receipt of the completed forms, **the United States Marshal is directed to serve them upon the Defendant(s) without cost to the Plaintiff.**

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record